IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY KEEVER,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**B. GOWER,**<br><br>                                    Respondent. | 1:15-cv-01504 MJS HC<br><br>**ORDER DENYING MOTION TO DISMISS MOTION FOR EXTENSION OF TIME**<br><br>**[Doc. 16]** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 11, 2015, Petitioner filed a motion to dismiss Respondent's motion for extension of time. (ECF No. 16.) Petitioner contends that the motion for extension of time should be denied as the copies of the motion he received were printed on both sides of the page, and therefore allegedly in violation of Local Rule 130.

While Local Rule 130 specifies that conventionally filed documents and courtesy copies must only be filed as single sided documents, it does not appear to describe how copies of documents provided to parties not filing electronically must be filed. Assuming that Respondent sent a copy of the motion to Petitioner copied on both sides of the page, Respondent is not in violation of Local Rule 130. Further, even if Respondent was in violation of Local Rule 130, Petitioner has shown no harm from the format of the

1

1  motion he received.

2      Petitioner's motion to dismiss the motion for extension of time (ECF No. 16.) is
3  DENIED as MOOT.

4
5  IT IS SO ORDERED.

6     Dated:   September 12, 2016            /s/ *Michael J. Seng*
7                                          UNITED STATES MAGISTRATE JUDGE